UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS M. McDANIEL, *et al.*, ) | |
| on Behalf of themselves and All Others ) | |
| Similarly Situated, ) | |
|       Plaintiffs, ) | |
| ) | |
| vs. ) | 1:02-cv-422-LJM-WTL |
| ) | |
| NORTH AMERICAN INDEMNITY, N.V., ) | |
| *et al.*, ) | |
|       Defendants. ) | |

**ORDER ON CLASS NOTICE**

This cause is now before the Court on plaintiffs', Dennis M. McDaniel and Vicki McDaniel, individually and as natural guardians of Jeremiah A. McDaniel, James K. Bush, and Karen Clark Bush, individually and as natural guardians of Jacob L. Bush, Linda Ann Perry, and Pedcor Investments, LLC., on behalf of themselves and all others similarly situated (collectively "Plaintiffs"), motion to allow this cause to proceed to trial without notice to the class. Although Plaintiffs do not couch their request in the form of a motion, the Court will treat it as such and finds the Plaintiffs' argument persuasive.

On August 14, 2007, the Court granted Class Plaintiffs' Renewed Motion for Certification of a "Limited Fund" Class under Federal Rule of Civil Procedure 23(b)(1)(B) ("Rule 23(b)(1)(B)") and directed Plaintiffs to file a plan and draft for notification of class members pursuant to Rule 23(c)(2). As pointed out by Plaintiffs, in 2003, Rule 23(c)(2)(A) was amended to include a discretionary notice provision for classes certified under Rule 23(b)(1). *See* 5 MOORE'S FED. PRACTICE (3d) § 23.100[1] (2004) (hereinafter "MOORE'S"). To that end, Plaintiffs assert, and the

Court agrees, that the cost of notice in this case would unduly deplete the already limited fund. Moreover, Plaintiffs face potential opposition in collecting on a judgment rendered in their favor, which will further diminish the funds available for each class member. Furthermore, the due process considerations normally supporting notice in class actions are diminished in this case where certification under Rule 23(b)(1)(B) creates a no "opt-out" class. MOORE'S § 23.100[3]. Under these circumstances, the Court will exercise its discretion to allow this cause to proceed to trial without the requirements of notice.

## CONCLUSION

The Court concludes that pursuant to its discretion under Federal Rule of Civil Procedure 23(c)(2)(A), this cause shall be allowed to proceed to trial without the requirements of notice.

IT IS SO ORDERED this 15th day of February, 2008.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distributed electronically to:

G. Daniel Kelley Jr.
ICE MILLER LLP
daniel.kelley@icemiller.com

Edward Price Steegmann
ICE MILLER LLP
ed.steegmann@icemiller.com

Distributed via U.S. Postal Service to:

Allan G. Levine
CHRISTIAN SMITH & JEWELL
2302 Fannin, Suite 500
Houston, TX 77002